■■■ RAYMOND S. NOWAK, as Administrator of the Estate of MARY A. NOWAK, Deceased, Appellant, v PETER SHERMAN, Defendant, and FORD MOTOR COMPANY, Respondent. (Appeal No. 1.) [605 NYS2d 684] —Order unanimously affirmed without costs. Memorandum: The record does not support plaintiff's contention that a former Special Term Judge had issued an order directing defendant to comply with plaintiff's discovery demands. The affidavit of that Judge's former law clerk does not establish that the Judge had made a final decision that was binding on the successor IAS Judge *(see, Martin v City of Cohoes,* 37 NY2d 162, 165; *George W. Collins, Inc. v Olsker-McClain Indus.,* 22 AD2d 485, 488-489). Furthermore, we find no special circumstances warranting further discovery some

2½ years after filing of the note of issue and statement of readiness *(see, Joseph v City of Buffalo,* 187 AD2d 946, 947, *lv granted* 82 NY2d 703). (Appeal from Order of Supreme Court, Erie County, Wolf, Jr., J.—Protective Order.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.